WILLIAM PEARLMAN, as Administrator, etc., of EUNICE PEARLMAN, Deceased, v. GARROD SHOE COMPANY, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of SAMUEL KAPLAN against RENOWN DOLL WIG CO., INC.— Motion for a reargument of order entered November 7, 1935, or for a resettlement of order entered December 20, 1935, denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley and Untermyer, JJ.

ZACK MORGAN and Others v. BENJAMIN KRASNE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertakings required by sections 593 and 594 of the Civil Practice Act. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of EMANUEL TECK against EDWARD P. MULROONEY and Others, to Review the Determination Regarding the Revocation of the Petitioner's Liquor License No. RL-5316.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley Untermyer, Dore and Cohn, JJ.

JOHN B. PORTER v. OTTO H. WAGNER.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MOTCO, INC., v. WILLIAM J. LOHN.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

SUSAN LANNON v. EUGENE T. WAGNER.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

EVELYN LACEY DAVIS v. ROBERT H. DAVIS, JR.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Successor by Consolidation to THE EQUITABLE TRUST COMPANY OF NEW YORK, as Trustee, etc., v. CHICAGO TITLE AND TRUST COMPANY, as Executor, etc., of EDITH ROCKEFELLER McCORMICK, Deceased. HAROLD F. McCORMICK. FOWLER McCORMICK. MURIEL McCORMICK HUBBARD. MATHILDE McCORMICK OSER. ANITA OSER and Others. MAURICE B. RISSMAN and Others. THE FIRST NATIONAL BANK OF CHICAGO and Others.— Motion for leave to appeal to the Court of Appeals granted. [See 246 App. Div. 201.] Motion for a reargument denied. Present — Martin, P. J., McAvoy, O'Malley and Untermyer, JJ.

THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Successor by Consolidation to THE EQUITABLE TRUST COMPANY OF NEW YORK, as Trustee, etc., v. CHICAGO TITLE AND TRUST COMPANY, as Executor, etc., of EDITH ROCKEFELLER McCORMICK, Deceased. HAROLD F. McCORMICK. FOWLER McCORMICK. MURIEL McCORMICK HUBBARD. MATHILDE McCORMICK OSER. ANITA OSER and Others. MAURICE B. RISSMAN and Others. THE FIRST NATIONAL BANK OF CHICAGO and Others.— Motion for leave to appeal to the Court of Appeals granted. [See 246 App. Div. 201.] Motion for a reargument denied. Present — Martin, P. J., McAvoy, O'Malley and Untermyer, JJ.